LIONEL, SAWYER, & COLLINS
Rodney M. Jean, Nev. Bar #1395
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101
Direct Dial: 702-383-8830
Fax: 702-383-8845
rjean@lionelsawyer.com

FAEGRE & BENSON LLP
Jonathan W. Dettmann
Timothy J. Cruz
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-8049
Fax: (612) 766-1600
tcruz@faegre.com

ATTORNEYS FOR PLAINTIFF SHAKOPEE MDEWANKANTON SIOUX COMMUNITY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHAKOPEE MDEWAKANTON SIOUX COMMUNITY, a Federally Recognized Indian Tribe<br><br>Plaintiff,<br><br>vs.<br><br>FBCV, LLC, a Nevada Limited Liability Company; and KEN TEMPLETON, Trustee of the Templeton Gaming Trust, a Nevada Trust.<br><br>Defendants. | Case No.2:10-cv-00010 (JCM-RJJ)<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (DOCKET NO. 45)** |

Pursuant to the terms of the parties' Discovery Stipulation and Joint Motion for Amended Scheduling Order dated October 18, 2010, Plaintiff Shakopee Mdewakanton Sioux Community hereby withdraws its Motion to Compel and Extend Discovery (Docket No. 45).

Dated:  October 18, 2010

By: s/ Timothy J. Cruz

LIONEL, SAWYER, & COLLINS
Rodney M. Jean, NV Bar #1395
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101
Direct Dial: 702-383-8830
Fax: 702-383-8845
rjean@lionelsawyer.com

FAEGRE & BENSON LLP
Jonathan W. Dettmann
Timothy J. Cruz
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-8049
Fax:  (612) 766-1600
tcruz@faegre.com

**ATTORNEYS FOR PLAINTIFF SHAKOPEE MDEWAKANTON SIOUX COMMUNITY**

IT IS SO ORDERED. MOTION TO COMPEL (#45)) IS WITHDRAWN FROM CONSIDERATION BY THE COURT.

_____
UNITED STATES MAGISTRATE JUDGE
OCTOBER 20, 2010

-2-