**Marquis & Aurbach**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
David T. Duncan, Esq.
Nevada Bar No. 9546
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@marquisaurbach.com
dduncan@marquisaurbach.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAKOPEE MDEWAKANTON SIOUX COMMUNITY, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>FBCV, LLC a Nevada Limited Liability Company; and Kenneth L. Templeton, Trustee of the Templeton Gaming Trust, a Nevada Trust,<br><br>Defendants. | Case No. 2:10- CV-00010-JDM-RJJ |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PLAINTIFFS TO PRODUCE FINANCIAL INFORMATION AND MOTION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING A RULE 30(b)(6) DESIGNEE OF GLOBAL GAMING EXPO**

Defendants FBCV, LLC and Kenneth L. Templeton, Trustee of the Templeton Gaming Trust (hereinafter "Defendants"), by and through the law firm of Marquis & Aurbach, hereby

/ / /

/ / /

/ / /

Page 1 of 3

M&A:08371-059 1177431_1 10/18/2010 3:17 PM

provide notice of withdrawal of their Motion to Compel Plaintiffs to Produce Financial Information and Motion to Extend Discovery for the Limited Purpose of Deposing a Rule 30(b)(6) Designee of Global Gaming Expo (#44).

Dated this 18th day of October, 2010.

MARQUIS & AURBACH

By _____
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
David T. Duncan
Nevada Bar No. 9546
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

IT IS SO ORDERED. MOTION TO EXTEND DISCOVERY (#44) IS WITHDRAWN FROM CONSIDERATION BY THE COURT.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: OCTOBER 20, 2010