# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHAKOPEE MDEWAKANTON
SIOUX COMMUNITY,

        Plaintiff,

v.

FBCV, LLC, et al.,

        Defendants.

2:10-CV-10 JCM (RJJ)

**ORDER**

Presently before the court is plaintiff Shakopee Mdewakanton Sioux Community's motion for leave to file memorandum and exhibits in support of its motion for summary judgment under seal pursuant to stipulated protective order. (Doc. #62).

On July 20, 2010, the court entered an order (doc. #37) whereby the parties stipulated to the ability of either party to designate documents as "confidential" if the party believes in good faith that the document contains or discloses "confidential information, including financial data, technical information, trade secret or other nonpublic research, development or commercial information, and/or other information required by law or agreement to be kept confidential." The order also stated that certain specific documents may be deemed "confidential-attorneys' eyes only."

In the present motion for leave (doc. #62), plaintiff asks this court to grant it leave to file "confidential" and/or "confidential-attorneys' eyes only" portions of the record under seal, including: (1) its memorandum in support of its motion for summary judgment and to dismiss counterclaim; (2) declaration of Bryan Prettyman; (3) supplemental declaration of Bryan Prettyman; and (4)

**James C. Mahan**
**U.S. District Judge**

1  declaration of Timothy J. Cruz, exhibits G, H, K, P, OO, and VV. Plaintiff asserts that public
2  redacted versions of each of the documents have been filed electronically.
3       As the parties previously agreed to the possible confidential nature of documents in the case,
4  and stipulated to the filing of such documents under seal, the court is inclined to grant the plaintiff
5  leave to file the confidential, non-redacted, versions of the documents.
6       Accordingly,
7       IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Shakopee
8  Mdewakanton Sioux Community's motion for leave to file memorandum and exhibits in support of
9  its motion for summary judgment under seal pursuant to stipulated protective order (doc. #62) be,
10 and the same hereby is, GRANTED.
11      IT IS FURTHER ORDERED that plaintiff properly file the above mentioned documents with
12 the court under seal.
13      DATED March 7, 2011.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -