UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAKOPEE MDEWAKANTON SIOUX COMMUNITY,<br><br>        Plaintiff,<br><br>v.<br><br>FBCV, LLC, et al.,<br><br>        Defendants. | 2:10-CV-10 JCM (RJJ) |

**ORDER**

Presently before the court is plaintiff Shakopee Mdewakanton Sioux Community's motion to amend order. (Doc. #87). Pursuant to Federal Rule of Civil Procedure 60(a), plaintiff asserts that the court made a clerical error in its June 29, 2011, summary judgment order. (Doc. #87; *see also* Doc. #86). Defendant FBCV, LLC does not oppose this motion.

Plaintiff argues that the order misstated the court's ruling on defendant's motion for partial summary judgment of declaratory relief. Specifically, based on the court's analysis in the order, the substantive holding in the order should have denied defendant's motion regarding injunctive relief and granted defendant's motion regarding monetary relief.

To correct these clerical issues, the court vacates the June 29, 2001, summary judgment order. (Doc. #86). Contemporaneously with this order, the court is refiling the summary judgment order with the necessary amendments to correct the clerical issues. The court's amended order includes some additional typographical corrections to the June 29, order. These typographical corrections do not change the substantive holding of the decision in any manner.

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court's June 29, 2011 summary judgment order (doc. #86) be, and the same hereby is, VACATED.

DATED September 26, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -